# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700

Granted.

SO ORDERED:

2/9/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

February 9, 2026

Via ECF
Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

       Re:  Cappabianca v. SSA
          25-cv-7991 (RWL)

Dear Judge Lehrburger:

  I am writing to request an extension of time to file plaintiff's Brief in the above-captioned case. Pursuant to the default scheduling Order, plaintiff's Brief is due February 11, 2026 (i.e., 30 days following the January 12, 2026 filing of the administrative transcript).  This is plaintiff's second request for an extension of time.

  Due to scheduling matters and conflicting workload demands, I cannot complete plaintiff's papers by February 11, 2026.  With the consent of, and in consultation with, opposing counsel, we propose the following revised schedule:

| | |
|---|---|
| March 13, 2026 | Plaintiff's Brief |
| May 12, 2026 | Defendant's Brief |
| May 26, 2026 | Plaintiff's Reply Brief |

  Thank you for Your Honor's attention to this matter.

        Respectfully submitted,

        /s/ Christopher J. Bowes
        Christopher J. Bowes
        Attorney for Plaintiff

cc: SAUSA Jonathan King
  Social Security Administration
  6401 Security Boulevard
  Baltimore MD 21235
  Attorney for Defendant